IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS, II

    Plaintiff,                    No. CIV S-04-1225 LKK GGH P

    vs.

TOM L. CAREY, Warden, et al.,

    Defendants.             ORDER

_____/

        On April 19, 2005, plaintiff filed a "motion for the appointment of counsel and for evidentiary hearing and discovery." That document was not served on defendants. Plaintiff is advised that every document submitted to the court for consideration must be served on defendants. Fed. R. Civ. P. 5. Documents not to be served electronically are usually served by placing a copy in the U.S. mail. If an attorney has filed a document with the court on behalf of any defendants, then documents submitted by plaintiff must be served on that attorney and not on the defendants. Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to defendants or their attorney and the address to which it was mailed. See Local Rule 5-135(b) and (c).

/////

1

In addition, plaintiff states that he is seeking appointment of counsel for a habeas corpus action. The instant action is a civil rights action pursuant to 42 U.S.C. § 1983.

Accordingly, IT IS HEREBY ORDERED that plaintiff's April 19, 2005 "motion for the appointment of counsel and for evidentiary hearing and discovery," is denied without prejudice. Plaintiff is cautioned that failure to properly serve any documents subsequently filed in this action, and failure to include a proper certificate of service with such filing, may result in a recommendation that this action be dismissed.

DATED:   5/3/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
wood1225.35