IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST CASSELL WOODS, II,

        Plaintiff,                      No. CIV S-04-1225 LKK GGH P

    vs.

TOM L. CAREY, Warden, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action. On May 13, 2005, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on July 4, 2005, July 30, 2004 and April 19, 2005. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's May 13, 2005 fourth request is denied.

DATED: 6/15/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kf
wood1225.31