IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST CASSELL WOODS, II,

        Plaintiff,                        No. CIV S-04-1225 LKK GGH P

    vs.

TOM L. CAREY, Warden, et al.,

        Defendants.              <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action. On August 15, 2005, plaintiff filed his fifth request for the appointment of counsel. Plaintiff's previous requests were filed on July 7, 2004, July 30, 2004, April 19, 2005, and May 13, 2005. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's August 15, 2005, motion for appointment of counsel is denied.

DATED: 9/19/05

                                                      /s/ Gregory G. Hollows

                                                      GREGORY G. HOLLOWS
                                                      UNITED STATES MAGISTRATE JUDGE

GGH:bb
wood1225.31(5)