IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST CASSELL WOODS, II,

    Plaintiff,                    No. CIV S-04-1225 LKK GGH P

    vs.

TOM L. CAREY, Warden, et al.,

    Defendants.           <u>ORDER</u>

                              /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 18, 2005, plaintiff filed a document entitled "Violation of Court Order in re: Filing Fee." In this document, plaintiff alleges that prison officials are withdrawing from his trust account twice the amount of money that he owes each month toward the filing fee in this action. Plaintiff requests that prison officials be ordered to withdraw the correct amount of money from his account.

        On November 4, 2005, defendants filed a response to plaintiff's October 18, 2005, pleading. On November 10, 2005, defendants filed the declaration of Evva Pryor, Accounting Supervisor at California State Prison-Solano, in support of their response. Defendants state that two separate filing fee holds were placed on plaintiff's trust account because plaintiff is proceeding with two separate actions in this court, i.e. the instant action and CIV S-05-0049.

1    After reviewing the record, it appears that the correct amount of money has been
2  withdrawn from plaintiff's trust account for payment of his filing fee in the instant action.
3    Accordingly, IT IS HEREBY ORDERED that plaintiff's October 18, 2005,
4  request that prison officials be directed to withdraw the correct amount of money from his trust
5  account is denied.
6  DATED: 11/22/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
wo1225.po