IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS II,

    Plaintiff,                    No. CIV S-04-1225 LKK GGH P

    vs.

TOM L. CAREY, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On October 26, 2005, the Magistrate Judge issued an order denying plaintiff's August 24, 2005 request for a court appointed qualified medical examiner. On November 7, 2005, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of October 26, 2005 is therefore untimely.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's November 7, 2005 request for reconsideration is denied.

DATED: January 11, 2006.

                                      /s/Lawrence K. Karlton
                                      UNITED STATES DISTRICT JUDGE

/wood1225.851