IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS, II,

    Plaintiff,　　　　　　　　　　No. CIV S-04-1225 LKK GGH P

    vs.

TOM L. CAREY, et al.,

    Defendants.　　　　　　　　　ORDER
_____/

    On January 11, 2006, this court denied plaintiff's November 7, 2005, request for reconsideration of the October 26, 2005, order by the Magistrate Judge. On January 19, 2006, plaintiff filed a motion for reconsideration of the January 11, 2006, order.

    A motion for reconsideration of an order denying a motion for reconsideration is not a proper motion.[1] Accordingly, IT IS HEREBY ORDERED that plaintiff's January 19, 2006, motion for reconsideration is denied.

DATED: March 20, 2006.

                              /s/Lawrence K. Karlton
                              UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff may file an appeal of the January 11, 2006, order to the Ninth Circuit Court of Appeals.