BRUCE A. KILDAY, SBN 066415
SUSAN A. DeNARDO, SBN 235166    (SPACE BELOW FOR FILING STAMP ONLY)
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Ave. Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant TERRY DICKINSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST C. WOODS, | Case No.:  CIV.S-04-1225 LKK GGH P |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS AND ORDER THEREON** |
| vs. | |
| TOM L. CAREY, WARDEN OF SOLANO STATE PRISON, et al., | |
| Defendants. | |

Defendant TERRY DICKINSON hereby substitutes the law offices of Angelo, Kilday & Kilduff, 601 University Avenue, Suite 150, Sacramento, California 95825, telephone (916) 564-6100, facsimile (916) 564-6263 as attorneys of record for Defendant TERRY DICKINSON, individually and in his official capacity, in the place and stead of the law office of Longyear, O'Dea & Lavra, LLP and its attorneys.

I consent to this substitution.

Dated:  _ _____

_____
TERRY DICKINSON
Defendant

We agree to this substitution.

Dated: __March 2, 2006__  VAN LONGYEAR
JENNIFER MARQUEZ
Longyear, O'dea & Lavra, LLP
3600 American River Drive, Suite 230
Sacramento, CA 95864


By:_____/S/ JENNIFER MARQUEZ_____
    JENNIFER MARQUEZ
    Attorneys for Defendants


We accept this substitution.

Dated: __March 9, 2006__  ANGELO, KILDAY & KILDUFF
601 University Avenue, Suite 150
Sacramento, CA 95825


By:_____/S/ SUSAN A. DeNARDO____
    SUSAN A. DeNARDO
    BRUCE A. KILDAY
    Attorneys for Defendant

**O R D E R**

IT IS SO ORDERED.

/s/Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
UNITED STATES DISTRICT JUDGE