IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS, II,

    Plaintiff,                              No. CIV S-04-1225 LKK GGHP

    vs.

TOM L. CAREY, et al.,

    Defendant.                            <u>ORDER</u>

_____/

        On April 25, 2006, plaintiff filed a motion to stay the summary judgment motions, now pending before the district court, so that he may conduct further discovery. Discovery closed on October 21, 2005. Accordingly, the court construes plaintiff's motion as request to re-open discovery. After reviewing the record, the court finds no good cause to re-open discovery.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's April 25, 2006, motion to stay the summary judgment motions, construed as a request to re-open discovery, is denied.

DATED: 5/5/06

                                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

wo1225.dis