IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS, II,

    Plaintiff,                        No. CIV S-04-1225 LKK GGH P

    vs.

TOM L. CAREY, et al.,

    Defendants.            ORDER

_____/

        On April 26, 2006, plaintiff filed a document titled "Objections to Order Denying Counsel." The court construes this document as a request for reconsideration of the magistrate judge's order filed April 12, 2006, denying his motion for appointment of counsel

        Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 12, 2006, is affirm

DATED: September 28, 2006

wo1225.rec                                   UNITED STATES DISTRICT JUDGE

1