IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS, II,

    Plaintiff,                      No. CIV S-04-1225 LKK GGH P

    vs.

TOM L. CAREY, et al.,

    Defendants.                  <u>ORDER</u>

                               /

        On May 17, 2006, plaintiff filed a request for reconsideration of the magistrate judge's order filed May 5, 2006, denying plaintiff's motions to re-open discovery. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 5, 2006, is affirmed.

DATED: September 28, 2006

                                                    UNITED STATES DISTRICT JUDGE

/wood1225.850