IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS, II,

      Plaintiff,　　　　　　　　　No. CIV S-04-1225 LKK GGH P

    vs.

TOM L. CAREY, et al.,

      Defendants.　　　　　　　　ORDER

                                    /

         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

         On March 6, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Both parties have filed objections to the findings and recommendations.

         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 6, 2006, are adopted in full; and

2. Defendants' December 16, 2005, summary judgment motion is denied as to plaintiff's claim that defendant Cervantes violated his Eighth Amendment right to adequate dental care by denying his administrative grievances; defendants' motion is granted in all other respects.

DATED: September 28, 2006

_____
UNITED STATES DISTRICT JUDGE

/wood1225.805