IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS, II,

     Plaintiff,                     No. CIV S-04-1225 LKK GGH P

    vs.

TOM L. CAREY, et al.,

     Defendants.                <u>ORDER</u>

_____/

        On July 7, 2006, defendants Carey and Cervantes filed a request for leave to file a supplemental motion for summary judgment addressing the sole issue of whether or not plaintiff exhausted his administrative remedies.[1] The issue of whether plaintiff failed to exhaust administrative remedies should be raised in a motion brought pursuant to Fed. R. Civ. P. 12(b). <u>Wyatt v. Terhune</u>, 315 F.3d 1108 (9th Cir. 2003).

/////
/////
/////
/////

---

[1] On September 28, 2006, Judge Karlton adopted the March 6, 2006, findings and recommendations granting in part and denying in part defendants' summary judgment motion.

1

Accordingly, IT IS HEREBY ORDERED that defendants are granted thirty days from the date of this order to file a motion pursuant to Fed. R. Civ. P. 12(b) addressing the issue of administrative exhaustion.

DATED: 11/13/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

wo1225.ord