IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS, II,

    Plaintiff,                              No. CIV S-04-1225 LKK GGH P

    vs.

TOM L. CAREY, et al.,

    Defendants.                ORDER

_____/

        On October 11, 2006, plaintiff filed a motion for reconsideration of the September 28, 2006, order by the undersigned denying his request for reconsideration of the magistrate judge's order filed May 5, 2006, denying his motion to re-open discovery.

        After reviewing plaintiff's pleading, the court finds that his October 11, 2006, motion for reconsideration is without merit.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's October 11, 2006, motion for reconsideration is denied; the September 28, 2006, order (# 107) is affirmed.

DATED: November 17, 2006.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT