IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST CASSELL WOODS, II,

    Plaintiff,                       No. CIV S-04-1225 LKK GGH P

  vs.

TOM L. CAREY, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        On November 14, 2006, the court granted defendants thirty days to file a motion addressing the issue of administrative exhaustion. So that the court has adequate time to consider this motion, the pretrial and jury trial dates are vacated.

        Accordingly, IT IS HEREBY ORDERED that the pretrial conference set for December 22, 2006, and the jury trial set for March 27, 2007, before the Honorable Lawrence K. Karlton are vacated; these dates will be re-set following resolution of defendants' motion, if appropriate.

DATED: 12/8/06

                                       /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

wo1225.vac