IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST CASSELL WOODS, II,

    Plaintiff,　　　　　　　　　　No. CIV S-04-1225 LKK GGH P

  vs.

TOM L. CAREY, et al.,

    Defendant.　　　　　　　　　<u>ORDER</u>

_____/

       On December 13, 2006, defendants filed a motion to dismiss. On December 13, 2006, plaintiff filed a request for extension of time. Plaintiff requests that any deadlines be extended due to inadequate law library access.

       Good cause appearing, IT IS HEREBY ORDERED that plaintiff's December 13, 2006, request for extension of time is granted; plaintiff's opposition to defendants' motion to dismiss is due within twenty days of the date of this order.

DATED: 12/19/06

                                /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

wo1225.eot

1