BRUCE A. KILDAY, SBN 066415
SUSAN A. DeNARDO, SBN 235166
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Ave. Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant TERRY DICKINSON.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST C. WOODS,<br><br>                Plaintiff,<br><br>      vs.<br><br>TOM L. CAREY, WARDEN OF SOLANO<br>STATE PRISON, et al.,<br><br>             Defendants. | Case No.:  CIV.S-04-1225 LKK GGH P<br><br>**STIPULATION AND PROPOSED ORDER ENTERING JUDGMENT IN FAVOR OF DEFENDANT TERRY DICKINSON** |

The parties, having reviewed the Findings and Recommendations of Magistrate Judge Hollows, hereby stipulate that Defendants' Motion for Summary Judgment may be granted as to each and every claim Plaintiff alleges against Defendant Terry Dickinson.

The parties also stipulate that judgment should be entered in favor of Defendant Terry Dickinson and Defendant Terry Dickinson waives his rights to costs.

Dated: ___March 28, 2006_____          ANGELO, KILDAY & KILDUFF

By:_____/s/  *SUSAN A. DeNARDO*_____
     BRUCE A. KILDAY
     SUSAN A. DeNardo
     Attorneys for Defendant Terry Dickinson

Dated: __March 28, 2006_____                    LONGYEAR, O'DEA & LAVRA, LLP


                                                 By:_____/s/  JENNIFER MARQUEZ_____
                                                     JENNIFER MARQUEZ
                                                     Former Attorney for Defendant
                                                     Terry Dickinson

Dated: ____April 4, 2006_____


                                                 _____/s/   EARNEST  C.  WOODS_____
                                                     EARNEST C. WOODS, II




                            **O R D E R**

     Judgment is hereby entered for Defendant Terry Dickinson and against Plaintiff Earnest

C. Woods.



Dated:  October 3, 2007.


                                 LAWRENCE  K.  KARLTON
                                 SENIOR JUDGE
                                 UNITED  STATES  DISTRICT  COURT