1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9   EARNEST CASSELL WOODS, II,

10          Plaintiff,                    No. CIV S-04-1225 LKK GGH P

11      vs.

12   TOM L. CAREY, et al.,

13          Defendants.                   <u>ORDER</u>

14   _____/

15          Defendants have requested an extension of time to comply with the Court's order.

16   Good cause appearing, IT IS HEREBY ORDERED that:

17          1.  Defendants' October 1, 2007 request for an extension of time is granted; and

18          2.  Defendants shall comply with the court's order on or before October 10, 2007.

19   DATED: 10/11/07

20                                          /s/ Gregory G. Hollows
                                          _____
21                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE
22   GGH:bb
     wood1225.36(2)
23

24

25

26