IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST C. WOODS, II,

        Plaintiff,                    No. CIV S-04-1225 LKK GGH P

   vs.

TOM L. CAREY, et al.,

        Defendants.          <u>ORDER</u>

_____/

        On August 3, 2007, the court recommended that defendants' motion to dismiss for failure to exhaust state court remedies be granted in part and denied in part. In his objections filed September 6, 2007, plaintiff stated that prison staff at the Correctional Training Facility (CTF) had been withholding his legal property regarding this case for months.

        On September 13, 2007, the court vacated defendants' motion to dismiss and the findings and recommendations. The court ordered the Warden of the Correctional Training Facility to inform the court regarding plaintiff's access to his legal property.

        On October 10, 2007, Warden Curry filed a declaration stating that on September 6, 2007, plaintiff was afforded access to his legal property.

/////

/////

1     Good cause appearing, IT IS HEREBY ORDERED that:

2     1. Defendants' December 13, 2006, motion to dismiss and the August 3, 2007, findings and recommendations are reinstated;

2. Plaintiff is granted twenty days from the date of this order to file objections to the findings and recommendations; defendants may file a reply within ten days thereafter.

DATED: 10/18/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

wo1225.fb