1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EARNEST C. WOODS, II,

11            Plaintiff,                    No. CIV S-04-1225 LKK GGH P

12        vs.

13   TOM L. CAREY, et al.,

14            Defendants.              <u>ORDER</u>

15   _____/

16            On August 3, 2007, the court recommended that defendants' motion to dismiss for

17   failure to exhaust state court remedies be granted in part and denied in part.  The parties were

18   granted twenty days to file objections.

19            Defendants did not file objections.  In his objections filed September 6, 2007,

20   plaintiff stated that prison staff at the Correctional Training Facility (CTF) had been withholding

21   his legal property regarding this case for months.

22            On September 13, 2007, the court vacated defendants' motion to dismiss and the

23   findings and recommendations.  The court ordered the Warden of the Correctional Training

24   Facility to inform the court regarding plaintiff's access to his legal property.  On October 10,

25   2007, Warden Curry filed a declaration stating that on September 6, 2007, plaintiff was afforded

26   access to his legal property.  On October 19, 2007, the court granted plaintiff twenty days to file

1

1    objections.

2            Twenty days passed and plaintiff did not file objections.  However, on November

3    28, 2007, plaintiff filed a pleading stating that on October 19, 2007, he was transferred to

4    California State Prison-Corcoran.  Plaintiff alleges that he is being denied access to his legal

5    property.  The court will grant plaintiff thirty days to file his objections.  If he still does not have

6    access to his legal property, he shall notify the court.

7            On October 24, 2007, defendants filed a request to file objections to the findings

8    and recommendations.  Defendants offer no explanation for their failure to file timely objections

9    following issuance of the August 3, 2007, findings and recommendations.  Accordingly, this

10   request is denied.

11           Accordingly, IT IS HEREBY ORDERED that:

12           1.  Plaintiff is granted thirty days from the date of this order to file objections to

13   the August 3, 2007, findings and recommendations;

14           2.  Defendants' October 24, 2007, request to file objections is denied.

15   DATED: 12/6/07                              /s/ Gregory G. Hollows

16                                              _____
                                                UNITED STATES MAGISTRATE JUDGE

17

18   woods.ord

19

20

21

22

23

24

25

26

2