IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST C. WOODS, II,

        Plaintiff,                    No. CIV S-04-1225 LKK GGH P

    vs.

TOM L. CAREY, et al.,

        Defendants.             FURTHER SCHEDULING ORDER

_____/

       On March 21, 2008, a scheduling order was issued setting a pretrial motion deadline of June 20, 2008. In addition, the following dates are hereby set:

       1. Pretrial conference (as described in Local Rule 16-282) is set in this case for July 18, 2008, before the magistrate judge. The pretrial conference shall be conducted on the file only, without appearance by either party.

       2. Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before July 3, 2008. Defendants shall file their pretrial statement on or before July 11, 2008. The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.

       3. Trial confirmation hearing is set for August 11, 2008 at 11:15 a.m. before the Honorable Lawrence K. Karlton.

1

4   This matter is set for jury trial before the Honorable Lawrence K. Karlton on October 28, 2008 at 10:30 a.m.

DATED: 04/03/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:035
wood1225.41.2