IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST C. WOODS,

       Plaintiff,                        No. CIV S-04-1225 LKK GGH P

    vs.

TOM L. CAREY, et al.,

       Defendants.             <u>ORDER</u>

_____/

        On June 2, 2008, plaintiff filed objections to the magistrate judge's order filed May 2, 2008, granting plaintiff thirty days to file a pleading describing the documents he is missing and ordering defendants to serve plaintiff with the material pleadings. The court construes plaintiff's objections as a request for reconsideration.

        Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of May 2, 2008, is therefore untimely.

/////

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's June 2, 2008, objections,
2   construed as a request for reconsideration is denied.
3   DATED: July 22, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2