IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST WOODS, II,

     Plaintiff,                      No. CIV S-04-1225 LKK GGH P

     vs.

TOM L. CAREY, et al.,

     Defendants.         <u>ORDER</u>

_____/

        A trial confirmation hearing is set before the Honorable Lawrence K. Karlton for August 11, 2008. Because plaintiff has not yet filed his pretrial statement, this hearing is vacated.

        Accordingly, IT IS HEREBY ORDERED that the August 11, 2008, trial confirmation hearing set before the Honorable Lawrence K. Karlton is vacated.

DATED: 07/22/08

                                        /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE

woods.vc