UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS, II,

        Plaintiff,                    No. CIV S-04-1225 LKK GGH P

  vs.

TOM L. CAREY, et al.,

        Defendants.          **ORDER & WRIT OF HABEAS CORPUS**
_____ /      **AD TESTIFICANDUM**

        Earnest Cassell Woods, II, inmate # D-58091, a necessary and material witness in proceedings in this case on September 8, 2008, is confined in San Quentin State Prison, San Quentin, CA 94964, in the custody of the Warden Robert L. Ayers, Jr., in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by video-conferencing at San Quentin State Prison, September 8, 2008, at 11:15 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden Robert L. Ayers, Jr., San Quentin State Prison, San Quentin, CA 94964:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  08/07/08

                                                      /s/ Gregory G. Hollows

                                                      _____
                                                        UNITED STATES MAGISTRATE JUDGE
                                                       EASTERN DISTRICT OF CALIFORNIA

GGH:ak:wood1225.841lkktch