1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10  EARNEST CASSELL WOODS, II,

11          Plaintiff,                    No. CIV S-04-1225 LKK GGH P

12      vs.

13  TOM L. CAREY, et al.,

14          Defendants.               FINDINGS & RECOMMENDATIONS

15  _____/

16          On September 8, 2008, a trial confirmation hearing was held before the Honorable

17  Lawrence K. Karlton.  Judge Karlton remanded this matter back to the undersigned for further

18  pretrial proceedings.

19          For the following reasons, the court recommends that plaintiff's request for

20  injunctive relief be dismissed as moot.

21          When an inmate seeks injunctive relief concerning an institution at which he is no

22  longer incarcerated, his claims for such relief become moot.  See  Sample v. Borg, 870 F.2d 563

23  (9th Cir. 1989); Darring v. Kincheloe, 783 F.2d 874, 876 (9th Cir. 1986).  See also Reimers v.

24  Oregon, 863 F.2d 630, 632 (9th Cir. 1988).

25          This action was set for trial as to plaintiff's claim for damages and injunctive

26  relief against defendant Cervantes and for injunctive relief only against defendant Carey.

1

1  Plaintiff sought injunctive relief regarding his claim of inadequate dental care.  Defendants

2  Cervantes and Carey are located at California State Prison-Solano.  Plaintiff is now housed at

3  San Quentin State Prison.  On September 12, 2008, the court ordered plaintiff to show cause why

4  his request for injunctive relief should not be dismissed as moot.

5          On September 22, 2008, plaintiff filed a response to the show cause order.

6  Plaintiff claims that he remains subjected to defendants' illegal actions.  However, this

7  conclusory claim does not adequately demonstrate that his claim for injunctive relief is not moot.

8  The fact remains that defendants, located at California State Prison-Solano, cannot respond to an

9  order for injunctive relief for plaintiff while he is housed at San Quentin.  Plaintiff has also

10 demonstrated no reasonable possibility that he will be incarcerated at California State Prison-

11 Solano at any predictable time in the future.  For these reasons, the court recommends that

12 plaintiff's claim for injunctive relief be dismissed as moot.  This action will then proceed to trial

13 only as to plaintiff's claim for damages against defendant Cervantes.

14          Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's claim for

15 injunctive relief be dismissed as moot.

16          These findings and recommendations are submitted to the United States District

17 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

18 days after being served with these findings and recommendations, any party may file written

19 objections with the court and serve a copy on all parties.  Such a document should be captioned

20 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

21 shall be served and filed within ten days after service of the objections.  The parties are advised

22 that failure to file objections within the specified time may waive the right to appeal the District

23 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

24 DATED:  10/24/08

                                        /s/ Gregory G. Hollows
25                                      _____
   woods.inj                           UNITED STATES MAGISTRATE JUDGE
26

                                        2