IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS, II,

    Plaintiff,                    No. CIV S-04-1225 LKK GGH P

   vs.

TOM L. CAREY, et al.,

    Defendants.            ORDER

_____/

        On December 8, 2008, a trial confirmation hearing was held before the Honorable Lawrence K. Karlton. Plaintiff is a prison inmate proceeding pro se with a civil rights action.

        In his July 18, 2008, pretrial statement (Doc. 180), plaintiff had identified only one exhibit he intended to use during trial and the August 6, 2008, pretrial order (Doc. 188), established procedures for the addition of new exhibits. Plaintiff then filed a notice (Doc. 202) on September 16, 2008, indicating he intended to use 23 exhibits. However, Plaintiff has not made the requisite showing regarding the additional exhibits. Plaintiff's request is therefore denied.

        On December 1, 2008, plaintiff filed his thirteenth request for the appointment of counsel (Doc. 208). Plaintiff's previous requests were filed on July 7, 2004, July 30, 2004, April 19, 2005, May 13, 2005, August 15, 2005, March 31, 2006, April 25, 2006, December 29, 2006,

1

1  June 2, 2008, August 1, 2008, August 22, 2008 and September 8, 2008.  All requests were
2  denied.  In light of those orders, the appointment of counsel will therefore be denied.
3              In his December 1, 2008, motion (Doc. 208), plaintiff requested an order by the
4  court holding prison officials in contempt for transferring plaintiff to Corcoran Prison based on a
5  fraudulent rule violation.  After reviewing plaintiff's request, the courts finds the request has no
6  merit and is denied.
7              In his December 1, 2008, motion (Doc. 208) plaintiff also requested permission to
8  wear his personal clothing or "street clothes" at the trial.  Plaintiff's request is granted as long as
9  the clothes are appropriate courtroom attire.
10              Plaintiff also indicated that his legal documents had not been transferred yet to
11  Corcoran Prison where he is now incarcerated and he has been unable to obtain access to the law
12  library.  If plaintiff's legal documents have not arrived by January 1, 2009, plaintiff is advised to
13  inform the court.  If plaintiff is not given access to the law library, plaintiff is instructed to
14  provide the court with details concerning why plaintiff requires use of the library, plaintiff's
15  attempts to gain use of the library and who or what circumstances have prevented his use of the
16  library.
17              The jury trial is set for February 10, 2009, at 10:30 a.m. before Judge Karlton.
18              Accordingly, IT IS HEREBY ORDERED that:
19              1. Plaintiff's September 16, 2008, request (Doc. 202) for an additional 23 exhibits
20  is denied.
21              2. Plaintiff's December 1, 2008, motion (Doc. 208) for appointment of counsel is
22  denied.
23              3. Plaintiff's December 1, 2008, motion (Doc. 208) to hold defendants in
24  contempt is denied.
25              4. Plaintiff's December 1, 2008, motion (Doc. 208) to wear "street clothes" is
26  granted.

1 DATED: December 10, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT