IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS, II,

    Plaintiff,                      No. CIV S-04-1225 LKK GGH P

    vs.

TOM L. CAREY, et al.,

    Defendants.               <u>ORDER</u>

                            /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The jury trial is set for February 11, 2009, at 9:30 a.m. before Judge Karlton. Pending before the court is plaintiff's January 26, 2009, second request (Doc. 216) to hold defendants in contempt and request to be able to move around the court during trial. Plaintiff also contends that prison officials are denying him access to the law library.

        Plaintiff requested an order by the court holding prison officials in contempt for retaliating against plaintiff due to his ongoing litigation. After reviewing plaintiff's request, the courts finds the request has no merit and is denied.

        In his January 26, 2009, request (Doc. 216) plaintiff also seeks permission to move around the courtroom during trial. After reviewing plaintiff's terse request, it is denied.

        Plaintiff has also indicated that he has been unable to obtain access to the law

1

library. The court addressed this issue in its December 11, 2008, order (Doc. 210), but plaintiff did not comply. Again, if plaintiff is not given access to the law library, plaintiff is instructed to provide the court with details concerning why plaintiff requires use of the library, plaintiff's attempts to gain use of the library and who or what circumstances have prevented his use of the library.

The jury trial is set for February 11, 2009, at 9:30 a.m. before Judge Karlton.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's January 26, 2009, second request (Doc. 216) to hold defendants in contempt is denied.

4. Plaintiff's January 26, 2009, request (Doc. 216) to move around the courtroom is denied.

DATED: February 5, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2