**FILED**

FEB 1 2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST C. WOODS, II,

    Plaintiff,

    v.

TOM L. CAREY, Warden of Solano State Prison, et al.,

    Defendants.

NO. CIV. S-04-1225 LKK/GGH

**VERDICT**

_____/

We, the jury in the above-entitled case, find as follows:

**QUESTION NO. 1:**

Did defendant Cervantes violate plaintiff's Eighth Amendment rights?

**ANSWER:**

YES ✓

NO ____

If you answered no to Question No. 1, then sign, date and return the verdict form.

If you answered yes to Question No. 1, then answer the next question.

////

////

**QUESTION NO. 2:**

What is the total amount of the plaintiff's damages? If you determine that the plaintiff did not suffer damages, you must award $1.00 as nominal damages.

**ANSWER:**

$ 500.06

**QUESTION NO. 3:**

If you find that defendant Cervantes' failure to protect plaintiff in violation of the Eighth Amendment was malicious, wanton or oppressive, then you may make an award of punitive damages. Do you choose to award punitive damages to plaintiff from defendant Cervantes?

**ANSWER:**

YES ✓

NO ____

**QUESTION NO. 4:**

If the answer to Question No. 3 is "Yes," what is the amount of punitive damages that plaintiff is entitled to receive from defendant Cervantes?

**ANSWER:**

$ 1,000.00

Please date, sign, and return the verdict form.

DATED: 2-12-09                    _Ivan Gaiennie_
                                    FOREPERSON

2