**RECEIVED**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FILED**
MAR 12 2009

**FILED**
MAR 13 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  
2  COURT OF APPEALS
3  FOR THE NINTH CIRCUIT
4  EARNEST C. WOODS II
5      Plaintiff,                           Case No. S-04-1225 LKK, GGH
6  V
7  TOM L CAREY, Warden, et, Al             NOTICE OF APPEAL
8      Respondents
9      Plaintiff, EARNEST CASSELL WOODS II, comes now to
10 ask the Court for leave to motion the Court to file a Notice of
11 Appeal to appeal the award given by the jury for the following
12 reasons.
13 1. Plaintiff would like to be compensated for prose litigations fees
14 that are required under the Prison Litigation Reform Act (PLRA), billed
15 based on hours of work and lodgments with the Court.
16 2. Plaintiff contends that he was denied an opportunity to present
17 "a complete defense", Cal. v Trombetta, U.S. Sup. Ct. based on prison
18 officials, defendants censoring his mail and not allowing plain-
19 tiff to present any exhibits at the trial because plaintiff did not
20 receive "defendants objections to exhibits" until the trial was
21 completed.
22 3. Plaintiff contends that defendants used a screenout form as
23 evidents in their exhibits that was screened out by the magistrate
24 4. Plaintiff had not been allowed to attend the law library since
25 12/8/08 prior to trial and has not been allowed access since thus vio-
26 lating his access to the Court, Bounds v Smith, 430 U.S. 817.
27 Respectfully Submitted,
   Date: 3/6/09
28 Earnest C. Woods II

# PROOF OF SERVICE

I, EARNEST C. WOODS Are declaring that I declare under perjury that the contents of my Notice of Appeal Are true And correct, that I was forced to send this Notice in this format to meet the jurisdictional time restraints of the court. That I have filed this Notice without my legal property or Access to the law library.

I mailed this Notice via the prison Authorities on 3/7/09 to:

U.S. Court of Appeals
Ninth Circuit Court of Appeals
P.O. Box 13939
San Francisco, CA  94119

I declare under penalty of perjury that the contents of the Notice of APPEAL Are true And correct

3/7/09

*Earnest C. Woods*
EARNEST C. WOODS II