```
 1  VAN LONGYEAR, CSB NO. 84189
    JENNIFER MARQUEZ, CSB NO. 232194
 2  LONGYEAR, O'DEA AND LAVRA, LLP
    3620 American River Drive, Suite 230
 3  Sacramento, Ca. 95864
    Telephone: (916) 974-8500
 4  Facsimile: (916) 974-8510

 5  Attorneys for Defendants, Tom L. Carey and Santos Cervantes
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Earnest C. Woods, II, | ) CASE NO. CIV. S 04-1225 LKK GGH P |
|---|---|
| Plaintiff, | ) **STIPULATION FOR EXTENSION OF** |
| | ) **TIME FOR PLAINTIFF TO OPPOSE** |
| v. | ) **DEFENDANT CERVANTES'** |
| | ) **RENEWAL OF RULE 50 MOTION** |
| Tom L. Carey, Warden of Solano State Prison, | ) **FOR JUDGMENT AFTER TRIAL** |
| et al., | ) **AND/OR MOTION FOR NEW TRIAL** |
| | ) |
| Defendants. | ) |
| _____ | ) |

Plaintiff, Earnest Cassell Woods, in pro per, and Defendant Santos Cervantes, by and through his attorneys of record, Jennifer Marquez and Van Longyear, of Longyear O'Dea & Lavra, LLP, hereby submit this Stipulation for Extension of Time for Plaintiff to Oppose Defendant Cervantes' Renewal of Rule 50 Motion for Judgment after Trial and/or Motion for New Trial.

IT IS HEREBY STIPULATED by and between the parties that Plaintiff shall have an extension of time of twenty-days (21) to oppose both motions.

Dated: March 19, 2009        LONGYEAR, O'DEA & LAVRA, LLP


                             By:  /s/ Jennifer Marquez
                                  JENNIFER MARQUEZ
                                  VAN LONGYEAR
                                  Attorney for Defendants

---
Stipulation for Extension of Time for Plaintiff to Oppose Defendant Cervantes' Renewal of Rule 50 Motion for
Judgment after Trial and/or Motion for New Trial
Page 1

PDF created with pdfFactory trial version www.pdffactory.com

Dated: March 19, 2009                    PLAINTIFF IN PRO PER

                                         By:    s/ Earnest Cassell Woods
                                                EARNEST CASSELL WOODS

**IT IS SO ORDERED.**

Dated: March 24, 2009

_____

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com