IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS, II,

    Plaintiff,                    No. CIV S-04-1225 LKK GGH P

    vs.

TOM L. CAREY, et al.,

    Defendants.                ORDER

_____/

    The renewed motion for judgment under Federal Rule of Civil Procedure 50 and motion for a new trial are DENIED. Plaintiff's motion for extension of time to file an opposition and motion for trial transcripts to oppose defendants' motions (docket no. 240) are DENIED AS MOOT.

    IT IS SO ORDERED.

    DATED: May 4, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT