IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS, II,

    Plaintiff,                 No. CIV S-04-1225 LKK GGH P

    vs.

TOM L. CAREY, et al.,

    Defendants.            ORDER

_____/

    A jury trial was held in this case in February 2009, resulting in a verdict for the plaintiff and an award of $500 in compensatory damages and $1000 in punitive damages. On February 18, 2009, the plaintiff filed a "Motion for Reconsideration," in which he objects to the amount of the damage award as being too low. The court construes this as a motion for a partial new trial on the issue of damages under Federal Rule of Civil Procedure 59(a). See, e.g., Haug v. Grimm, 251 F.2d 523 (8th Cir. 1958). Upon review of the record, the jury's verdict was not against the weight of the evidence. See Montgomery Ward & Co. v. Duncan, 311 U.S. 243, 251 (1940). The motion is therefore DENIED.

    IT IS SO ORDERED.

    DATED: May 15, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT