IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST CASSELL WOODS II,

    Plaintiff,                    No. CIV S-04-1225 LKK GGH P

   vs.

TOM L. CAREY, et al.,

    Defendants.           ORDER

_____/

        On March 31, 2011, plaintiff filed a motion to compel dental treatment through the issuance of a writ of mandamus.  This civil rights action was closed on February 13, 2009. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure.[1]  Therefore, this document will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: April 14, 2011

                                                  /s/ Gregory G. Hollows
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] "[T]he All Writs Act does not operate to confer jurisdiction and may only be invoked in aid of jurisdiction which already exists." Malone v. Calderon, 165 F.3d 1234, 1237 (9th Cir. 1999).

1