1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EARNEST CASSELL WOODS, II

11           Plaintiff,                    No. 2:04-cv-1225 LKK GGH P

12       vs.

13   TOM L. CAREY, et al.,

14           Defendant.                    <u>ORDER</u>

15   _____/

16           Plaintiff is a state prisoner who proceeds pro se in this action filed pursuant to 42

17   U.S.C. § 1983.  On July 9, 2012, the Court of Appeals for the Ninth Circuit reversed and

18   remanded this court's September 28, 2006 and February 15, 2008 orders granting defendants'

19   motions for summary judgment and to dismiss for failure to exhaust, respectively.  The Court of

20   Appeals' mandate has now issued.  <u>See</u> Doc. No. 262.

21           The Court of Appeals directed that, "on remand, [plaintiff] be provided with

22   proper notice if and when the defendants re-file either or both of the relevant motions."  <u>See</u>

23   <u>Woods v. Carey</u>, 684 F.3d 934, 941 (9th Cir. 2012).

24           Defendants' motions for summary judgment and for dismissal were originally

25   filed in accordance with this court's July 18, 2005 scheduling order, which had set a deadline for

26   the filing of pre-trial motions.  <u>See</u> Doc. No. 29 at 5.  In light of the language in the remand

                                              1

opinion which appears to provide defendants with the option of re-filing, or not re-filing, either or both of their prior motions, this court will not revive the original motions.  Instead, the court will set a deadline for the parties to file pre-trial  motions.  The court shall schedule deadlines for pre-trial statements and conference upon disposition of the pre-trial motions, or, if no pre-trial motions are filed, after the pre-trial motion deadline has passed.

Accordingly, IT IS ORDERED that:

1.  All pretrial motions shall be filed within 28 days of the filing date of this order;

2.  The court shall schedule deadlines for pre-trial statements and conference upon disposition of the pre-trial motions, or, if no pre-trial motions are filed, after the pre-trial motion deadline has passed.

DATED: August 9, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

ggh:rb
wood1225.remand