UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST CASSELL WOODS, II, | No. 2:04-cv-01225 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| TOM L. CAREY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The court has determined that this case will benefit from a settlement conference and the parties have agreed to the undersigned serving as the settlement judge and have waived any conflict that may arise as a result. ECF Nos. 336, 337. Therefore, this case will be referred to the undersigned to conduct a settlement conference on January 7, 2016, at 9:00 a.m., at the Robert T. Matsui Federal Courthouse, 801 I Street, Courtroom 26, Sacramento, CA 95814. A separate order and writ of habeas corpus ad testificandum will issue at a later date to provide for plaintiff's attendance at the settlement conference.

To avoid delay in the event the settlement conference is unsuccessful, the court will proceed with setting a trial date. Counsel for defendant will be required to file a notice with the court advising of the estimated length of trial and any dates he or the defendant will be unavailable for trial in May and June 2016. Plaintiff may also file a notice regarding his

availability during that time.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Allison Claire on January 7, 2016, at 9:00 a.m., at the Robert T. Matsui Federal Courthouse, 801 I Street, Courtroom 26, Sacramento, CA 95814.

2. Each party must have a principle with full and unlimited authority to negotiate and enter into a binding settlement attend in person.

3. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party, or authorized person subject to this order to appear in person may result in the imposition of sanctions.

4. Each party shall provide a confidential settlement statement to chambers, no later than December 31, 2015, via e-mail to acorders@caed.uscourts.gov.  If plaintiff is unable to access the internet, he shall, on or before December 24, 2015, send his statement to the court by mail at 501 I Street, Sacramento, CA 95814, and indicate on the envelope and on the face of the statement that it is a confidential communication to Magistrate Judge Allison Claire.  Such statements are neither to be filed with the Clerk nor served on the opposing party.  However, each party shall notify the other party that the statement has been submitted to the judge's chambers.

5. The court will issue a writ of habeas corpus ad testificuandum for plaintiff's appearance at the settlement conference at a later date.

6. Within fourteen days of the filing of this order, counsel for defendant must file a notice advising the court of the estimated length of trial and of any dates he is unavailable for trial in May and June 2016.  If plaintiff wishes, within fourteen days of the date this order is filed, he may also file a notice advising of any dates he is unavailable for trial in May and June 2016.

DATED: April 29, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2