UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST CASSELL WOODS, II, | No. 2:04-cv-1225 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| TOM L. CAREY, et al., | |
| Defendants. | |

    In an order filed April 30, 2015, this court set a settlement conference for January 7, 2016, at 9:00 a.m. ECF No. 338. In the order, the parties were directed to provide their confidential settlement statements to chambers. Id. The court has received a document from plaintiff titled "Motion to Provide Confidential Settlement Statement and Motion to Request Defendant Cervantes to Fulfill Obligation." Because it appears that the document is intended to be plaintiff's confidential settlement statement, it has not been filed with the Clerk of the Court. However, the document also appears to contain a motion to lift the stay of the court's September 29, 2014 order directing defendant Cervantes to satisfy the 2009 judgment in light of the settlement conference being scheduled for January 2016. Since settlement statements are not filed with the Clerk or provided to the other party, if plaintiff seeks to lift the stay, he must file a separate motion with the court so that defendant has an opportunity to respond.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's "Motion to Provide Confidential Settlement Statement and Motion to Request Defendant Cervantes to Fulfill Obligation" is deemed to be his confidential settlement statement; and

2. If plaintiff seeks to lift the stay of the court's September 29, 2014 order, he must file his request as a separate motion.

DATED: May 13, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2