UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS, II,

       Plaintiff,                       No.  2:04-cv-01225 MCE AC P

vs.

TOM L. CAREY, et al.,

       Defendants.                **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Earnest Cassell Woods, II, inmate # D58091, a necessary and material witness in proceedings in this case on January 7, 2016, is confined in California State Prison-Centinela, 2302 Brown Road, Imperial, CA 92251, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom 26, United States District Courthouse, 501 I Street, Sacramento, California on August 20, 2015, at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The Clerk of the Court is directed to fax a courtesy copy of this order and writ of habeas corpus ad testificandum to the Litigation Coordinator at California State Prison-Centinela at (760) 337-7650 and serve a courtesy copy on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden CSP-Centinela, 2302 Brown Road, Imperial, CA 92251:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  July 31, 2015

                                                       _____/S/ Allison Claire_____
                                                       ALLISON CLAIRE
                                                       UNITED STATES MAGISTRATE JUDGE