UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST CASSELL WOODS, II, | No. 2:04-cv-1225 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| TOM L. CAREY, et al., | |
| Defendants. | |

The undersigned conducted a settlement conference in this case on August 20, 2015, during which an agreement was reached by the parties. ECF No. 352. Defendant has now filed a motion to enforce the settlement agreement, stating that plaintiff is refusing to sign the written agreement memorializing the agreed-upon terms, and to otherwise comply with the agreement because the agreed settlement amount is insufficient. ECF No. 353. Defendant requests the court enforce the agreement reached on August 20, 2015. Id. In order to attempt to resolve the issues raised in defendant's motion, the court will order a further settlement conference to be conducted telephonically on October 14, 2015, at 1:30 p.m. Only defendant's counsel is required to appear on defendant's behalf. A separate order and writ of habeas corpus ad testificandum will issue to provide for plaintiff's telephonic appearance.

Additionally, the court notes that the Inmate Locator website operated by the California Department of Corrections and Rehabilitation (CDCR) indicates that plaintiff is currently

1

1  incarcerated at the Wasco State Prison.[1]  The court will therefore direct the Clerk of the Court to
2  update plaintiff's address on the docket to reflect that he is currently incarcerated at Wasco State
3  Prison.
4      Accordingly, IT IS HEREBY ORDERED that:
5      1.  This case is set for a further, telephonic settlement conference on October 14, 2015, at
6  1:30 p.m.  Defense counsel is responsible for initiating the call and should call the undersigned's
7  chambers at (916) 930-4120 after connecting with plaintiff.
8      2.  The Clerk of the Court is directed to update plaintiff's address of record to reflect that
9  he is currently housed at Wasco State Prison, 701 Scofield Ave., Wasco, CA 93280.
10     3.  The Clerk of the Court is directed to fax a courtesy copy of this order to the Litigation
11 Coordinator at Wasco State Prison at (661) 758-7093.
12 DATED: September 25, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] See Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned); see also City of Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute.").