UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS, II
    Plaintiff,                    No. 2:04-cv-1225 MCE AC P

vs.

TOM L. CAREY, et al.
    Defendants.         **ORDER & WRIT OF HABEAS CORPUS**
/                       **AD TESTIFICANDUM**

    Earnest Cassell Woods, II, inmate #D-58091, a necessary and material participant in a settlement conference in this case on October 14, 2015, is confined at Wasco State Prison, 701 Scofield Avenue, Wasco, CA 93280, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Allison Claire, to appear by telephonic-conferencing at Wasco State Prison on October 14, 2015, at 1:30 p.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference by telephonic-conferencing before the United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

    3. The Clerk of the Court is directed to fax a courtesy copy of this order and writ of habeas corpus ad testificandum to the Litigation Coordinator at Wasco State Prison at (661) 758-7093.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Wasco State Prison, 701 Scofield Avenue, Wasco, CA 93280:**

    **WE COMMAND** you to produce the inmate named above to participate in a settlement conference before the United States District Court at the time and place above by telephonic-conferencing, until completion of the settlement conference or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: September 25, 2015

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE