UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST CASSELL WOODS, II, | No. 2:04-cv-1225 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| TOM L. CAREY, et al., | |
| Defendants. | |

A further telephonic settlement conference was set in this case for October 14, 2015, at 1:30 p.m., and an order and writ of habeas corpus ad testificandum was issued to provide for plaintiff's telephonic appearance. ECF Nos. 354, 355. The court has been advised that plaintiff has been transferred from Wasco State Prison and is now incarcerated at the California State Prison-Centinela. The previous order and writ of habeas corpus ad testificandum issued to the Warden of Wasco State Prison (ECF No. 355) will be vacated and a new order and writ of habeas corpus ad testificandum directed to the Warden of California State Prison-Centinela will be issued. The telephonic settlement conference remains scheduled for October 14, 2015, at 1:30 p.m.

The court will direct the Clerk of the Court to update plaintiff's address on the docket to reflect that he is currently incarcerated at California State Prison-Centinela.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The order and writ of habeas corpus ad testificandum issued September 25, 2015, and served on the Warden of Wasco State Prison (ECF No. 355) is hereby vacated.

2. The Clerk of the Court is directed to update plaintiff's address of record to reflect that he is currently housed at California State Prison-Centinela, Facility A, P.O. Box 901, Imperial, CA 92251.

3. The Clerk of the Court is directed to fax a courtesy copy of this order to the Litigation Coordinator at Wasco State Prison at (661) 758-7093 and to the Litigation Coordinator at California State Prison-Centinela at (760) 337-7650.

DATED: September 25, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE