UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST CASSELL WOODS, II,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOM L. CAREY, et al.,<br><br>　　　　　Defendants. | No.  2:04-cv-1225 MCE AC P<br><br><br>ORDER |

　　　The undersigned conducted a settlement conference in this case on August 20, 2015, during which an agreement was reached by the parties.  ECF No. 352.  Defendant has filed a motion to enforce the settlement agreement (ECF No. 353) which plaintiff has opposed (ECF No. 360).  A telephonic hearing on the motion was held on October 14, 2015.  After hearing argument on the motion, the court determined that additional information was needed regarding the ability to effect payment in accordance with the agreement in light of the third-party beneficiary's refusal to complete the necessary payee forms.  Another hearing has been set for November 4, 2015, at 1:30 p.m. before the undersigned at the Robert T. Matsui Federal Courthouse, 801 I Street, Courtroom 26, Sacramento, CA 95814.  Plaintiff shall appear telephonically and counsel for defendant and an individual with authority to make decisions regarding the form of payment for the settlement amount shall appear in person.  A separate order and writ of habeas corpus ad testificandum will issue to provide for plaintiff's telephonic appearance.

Accordingly, IT IS HEREBY ORDERED that:

1. This case is set for a further hearing on the motion to enforce the settlement agreement on November 4, 2015, at 1:30 p.m before the undersigned at the Robert T. Matsui Federal Courthouse, 801 I Street, Courtroom 26, Sacramento, CA 95814.  Defense counsel and an individual with authority to make decisions regarding the form of payment for the settlement amount shall appear in person.  Plaintiff shall appear telephonically.

2. On the day of the hearing, plaintiff shall call the court ten minutes prior to the start of the hearing at (877) 336-1839 and follow the automated instructions.  The access code is 2040217 and, if requested, the security code is 4223.

3. The Clerk of the Court is directed to fax a courtesy copy of this order to the Litigation Coordinator at California State Prison-Centinela at (760) 337-7650.

DATED: October 15, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2