UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS, II
       Plaintiff,        No. 2:04-cv-1225 MCE AC P
  vs.

TOM L. CAREY, et al.
       Defendants.     **ORDER & WRIT OF HABEAS CORPUS**
                         /           **AD TESTIFICANDUM**

     Earnest Cassell Woods, II, inmate #D-58091, a necessary and material participant in a hearing in this case on November 4, 2015, is confined at California State Prison-Centinela, 2302 Brown Road, Imperial, CA 92251, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Allison Claire, to appear by telephonic-conferencing at California State Prison-Centinela on November 4, 2015, at 1:30 p.m.

     ACCORDINGLY, IT IS ORDERED that:

     1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a hearing by telephonic-conferencing before the United States District Court at the time and place above, until completion of the hearing or as ordered by the court;

     2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

     3. The Clerk of the Court is directed to fax a courtesy copy of this order and writ of habeas corpus ad testificandum to the Litigation Coordinator at California State Prison-Centinela at (760) 337-7650.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California State Prison-Centinela, 2302 Brown Road, Imperial, CA 92251:**

     **WE COMMAND** you to produce the inmate named above to participate in a hearing before the United States District Court at the time and place above by telephonic-conferencing, until completion of the hearing or as ordered by the court.

     **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: October 15, 2015

                                          /s/ Allison Claire
                                          ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE