UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST CASSELL WOODS, II,<br><br>    Plaintiff,<br><br>  v.<br><br>TOM L. CAREY, et al.,<br><br>    Defendants. | No.  2:04-cv-01225 MCE AC P<br><br><br>ORDER |

    A further hearing on defendant's motion to enforce the settlement agreement has been scheduled for November 4, 2015, at 1:30 p.m.  ECF No. 363.  Defendant has requested permission to invite plaintiff's mother, the third-party beneficiary to the settlement agreement, to participate in the November 4, 2015 hearing via telephone.

    Good cause appearing, IT IS HEREBY ORDERED that defendant's request for permission to invite the third-party beneficiary to participate in the November 4, 2015 hearing (ECF No. 365) is granted.

DATED: October 26, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1