UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST CASSELL WOODS, II,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOM L. CAREY, et al.,<br><br>　　　　Defendants. | No.  2:04-cv-1225 MCE AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has submitted a request to file a motion to compel. ECF No. 375.

Plaintiff wishes to file a motion to compel the court to send him a copy of the November 4, 2015 order. Id. He also alleges that defendant refuses to send him a copy of the order. Id. The court did not issue a written order on November 4, 2015. The court's only docket entry on November 4, 2015, was a minute entry memorializing the hearing that took place the same day. ECF No. 370. The Clerk of the Court will be directed to send plaintiff a copy of the minute entry. However, the court assumes that plaintiff is actually seeking a copy of the order and findings and recommendations setting forth the undersigned's reasons for recommending defendant's motion to enforce the settlement agreement be granted. The findings and recommendations were not filed until November 18, 2015 (ECF No. 374), three days after plaintiff certifies that he submitted his request for mailing (ECF No. 375 at 3). The court assumes that plaintiff has since received

1

the November 18, 2015 order and findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to file a motion to compel (ECF No. 375) is denied.

2. The Clerk of the Court is directed to send plaintiff a copy of the November 4, 2015 minute entry (ECF No. 370).

DATED: November 30, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE