UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST CASSELL WOODS, II, | No. 2:04-cv-1225 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| TOM L. CAREY, et al., | |
| Defendants. | |

By order filed February 5, 2019, Ms. McKinney was ordered to return a completed Form W-9 so that the accrued interest on the settlement proceeds being paid by the court could be disbursed. ECF No. 400. Ms. McKinney's completed paperwork has been received by the court and payment will now be ordered.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to disburse the $5,000.00 principle, plus any accrued interest, to Ms. McKinney.

DATED: February 21, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE