# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST CASSELL WOODS, II, | No. 2:04-cv-1225 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| TOM L. CAREY, et al., | |
| Defendants. | |

Plaintiff has filed objections to the order directing the court to disburse the settlement proceeds of $5,000.00 principle, plus any accrued interest, to Ms. McKinney. ECF No. 402. He asserts that there are two payments at issue and that "the court has refused to address the $1,000.00 principle, plus any accrued interest" that was awarded to him by the jury in 2009. Id. However, the terms of the settlement agreement explicitly state that the $5,000.00 settlement amount also satisfied the damages awarded by the jury. ECF No. 353-1 at 3. Plaintiff is therefore incorrect that there should be a second payment. This case is closed and any further filings will be disregarded.

IT IS SO ORDERED.

DATED: April 2, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE